UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00162

**Lifenet, Inc.,**
*Plaintiff,*

v.

**U.S. Department of Health and Human Services et al.,**
*Defendants.*

**ORDER**

Because plaintiff designated this case as related to *Texas Medical Association et al. v. United States Department of Health and Human Services et al.*, No. 6:21-cv-00425, this case is hereby reassigned and transferred to the Honorable Jeremy D. Kernodle.

*So ordered by the court on May 5, 2022.*

J. CAMPBELL BARKER
United States District Judge