IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LIFENET, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:22-cv-162-JDK |
| § | |
| U.S. DEPARTMENT OF HEALTH § | |
| AND HUMAN SERVICES, et al. § | |
| § | |
| Defendants. § | |

**ORDER FOR EXPEDITED RESPONSE**

Before the Court is Plaintiff LifeNet's motion for expedited summary judgment briefing (Docket No. 19). In its motion, Plaintiff indicates that Defendants oppose expedited summary judgment briefing. *Id.* at 4. The Court hereby **ORDERS** Defendants to file a response to the motion for expedited summary judgment briefing, if any, by **May 12, 2022**.

**Signed this**
**May 11, 2022**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE