IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LIFENET, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:22-cv-162-JDK |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| HEALTH AND HUMAN SERVICES, § | |
| et al., § | |
| § | |
| Defendants. § | |
| § | |

**ORDER GRANTING IN PART MOTION FOR EXPEDITED BRIEFING**

Before the Court is Plaintiff LifeNet, Inc.'s Opposed Motion for Expedited Summary Judgment Briefing. Docket No. 19. Defendants oppose the motion on various grounds. Docket No. 23. By default, Federal Rule of Civil Procedure 56(b) provides that "a party may file a motion for summary judgment at *any time* until 30 days after the close of all discovery." FED. R. CIV. PRO. 56(b) (emphasis added). Having fully considered the motion and the response, the Court is of the opinion that the motion should be **GRANTED IN PART**. The Court therefore **ORDERS** that LifeNet may file its motion for summary judgment at any time following this Order. Defendants' response shall be due two weeks after LifeNet files its motion, and a reply and sur-reply (if any) shall be due one week after Defendants' response and one week after LifeNet's reply, respectively.

1

So **ORDERED** and **SIGNED** this **13th** day of **May, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE