# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LIFENET, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | No. 6:2-cv-00162-JDK |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

The Defendants respectfully submit the attached administrative record in support of the portions of *Requirements Related to Surprise Billing: Part II*, 86 Fed. Reg. 55,980 (Oct. 7, 2021), that are at issue in this case.

Dated: June 1, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIT FEATHERSTON
United States Attorney

JAMES GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street; Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
Phone: (903) 590-1400
Fax: (903) 590-1436
Texas State Bar # 24065295

SEAN C. DAY
Special Assistant United States Attorney
Eastern District of Texas

1

101 E. Park Blvd., Suite 500
Plano, Texas 75074
Phone: (202) 934-4060
Fax: (972) 590-1209
D.C. Bar No. 502363


ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Joel McElvain*
JOEL McELVAIN
Senior Trial Counsel
ANNA DEFFEBACH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8298
Fax: (202) 616-8470
E-mail: joel.l.mcelvain@usdoj.gov
D.C. Bar No. 448431

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify on this 1st day of June, 2022, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

               */s/ Joel McElvain*
               JOEL McELVAIN