IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LIFENET, INC., | |
| Plaintiff, | |
| v. | No. 6:22-cv-00162-JDK |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

**STIPULATION TO WAIVE DEFENDANTS' OBLIGATION
TO RESPOND TO THE COMPLAINT**

The parties respectfully stipulate to waive the Defendants' obligation to answer or otherwise respond to the complaint in this action. An answer to the complaint, or a motion in response to the complaint, would be due to be filed on or before July 5, 2022. The parties agree that no answer or responsive motion is necessary in this Administrative Procedure Act matter, since all of the relevant issues have been briefed and joined in the motions that have already been filed with the Court.

There are two sets of fully-briefed motions pending as of June 14, 2022:

1. The Plaintiff's motion for summary judgment, and the Defendants' cross-motion for summary judgment or, in the alternative, for jurisdictional discovery. *See* ECF No. 27, ECF No. 31, ECF No. 32, ECF No. 36; and

2. The Defendant's motion to transfer. *See* ECF No. 22, ECF No. 26, ECF No. 28.

WHEREFORE, the parties respectfully stipulate to waive the Defendants' obligation to answer or otherwise respond to the complaint in this action, and request that the Court enter the attached proposed order.

1

Dated: July 1, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Steven M. Shepard*
　　　　　　　　　　　　　　　　　　　Stephen Shackelford, Jr.
　　　　　　　　　　　　　　　　　　　(EDTX Bar No. 24062998)
　　　　　　　　　　　　　　　　　　　SUSMAN GODFREY LLP
　　　　　　　　　　　　　　　　　　　1301 Ave. of the Americas, Fl. 32
　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　sshackelford@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　212-336-8340

　　　　　　　　　　　　　　　　　　　Steven M. Shepard (pro hac vice)
　　　　　　　　　　　　　　　　　　　1301 Ave. of the Americas, Fl. 32
　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　sshepard@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　212-336-8340

　　　　　　　　　　　　　　　　　　　Max I. Straus (pro hac vice)
　　　　　　　　　　　　　　　　　　　1301 Ave. of the Americas, Fl. 32
　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　mstraus@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　212-336-8340

　　　　　　　　　　　　　　　　　　　J. Craig Smyser (pro hac vice)
　　　　　　　　　　　　　　　　　　　1301 Ave. of the Americas, Fl. 32
　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　csmyser@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　212-336-8340

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*


　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　BRIT FEATHERSTON
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　JAMES GILLINGHAM
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　Eastern District of Texas
　　　　　　　　　　　　　　　　　　　110 N. College Street; Suite 700
　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　E-mail: James.Gillingham@usdoj.gov
　　　　　　　　　　　　　　　　　　　Phone: (903) 590-1400
　　　　　　　　　　　　　　　　　　　Fax: (903) 590-1436
　　　　　　　　　　　　　　　　　　　Texas State Bar # 24065295

　　　　　　　　　　　　　　　　　　　SEAN C. DAY
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Eastern District of Texas
　　　　　　　　　　　　　　　　　　　101 E. Park Blvd., Suite 500
　　　　　　　　　　　　　　　　　　　Plano, Texas 75074
　　　　　　　　　　　　　　　　　　　Phone: (202) 934-4060

Fax: (972) 590-1209
D.C. Bar No. 502363

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Joel McElvain*
JOEL McELVAIN
Senior Trial Counsel
D.C. Bar No. 448431
ANNA DEFFEBACH
Trial Attorney
D.C. Bar No. 241346
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8278
Fax: (202) 616-8470
E-mail: joel.l.mcelvain@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify on this 1st day of July, 2022, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

                                                        */s/ Joel McElvain*
                                                        JOEL McELVAIN