IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LIFENET, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:22-cv-162-JDK |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | § § § § § | |
| Defendants. | § § § | |

**ORDER**

Before the Court is the parties' joint Stipulation to Waive the Defendants' Obligation to Respond to the Complaint. Docket No. 38. Having fully considered the stipulation, and finding good cause therefor, the Court **GRANTS** the motion, and it is hereby **ORDERED** that the Defendants are not obligated to file an answer to the Complaint.

So **ORDERED** and **SIGNED** this **5th** day of **July, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE