IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LIFENET, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:22-cv-162-JDK |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | § § § § § | |
| Defendants. | § § § | |

**FINAL JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order granting Plaintiff LifeNet, Inc.'s Motion for Summary Judgment and denying Defendants' Cross-Motion for Summary Judgment (Docket No. 40), and for the reasons stated therein, the Court hereby enters Final Judgment in favor of Plaintiff LifeNet, Inc. and against Defendants United States Department of Health and Human Services, United States Department of Labor, United States Department of the Treasury, United States Office of Personnel Management, and current heads of those agencies in their official capacities, Xavier Becerra, Janet Yellen, Martin J. Walsh, and Kiran Ahuja as follows:

The Court **ORDERS** that the following provisions of the September 30, 2021 interim final rule are **VACATED**:

(1) the final sentence of 45 C.F.R § 149.520(b)(2),

(2) the final sentence of 26 C.F.R. § 54.9817-2T(b)(2), and

(3) the final sentence of 29 C.F.R. § 2590.717-2(b)(2).

All relief not expressly granted herein is **DENIED**. Any pending motions are **DENIED** as **MOOT**. The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **26th** day of **July, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE